52 F.3d 314
 Anna Marie Codario
v.
U.S., U.S. Department of Agriculture, Farmers Home
Administration, Richard E. Lyng, Secretary, U.S. Department
of Agriculture (USDA), John Franke, Jr., Deputy
Administrator USDA, John Block Former Secretary, USDA, Vance
Clark, Adminsitrator, Farmers Home Administration (FmHA),
Charles Shuman, Former Administrator FmHA, Glenn J.
Hertzler, Jr., Acting Administrator Farmer Program, FmHA,
Ernest R. Grunow, Jr., former Chief Farmer Programs, FmHA, James
 NO. 94-5346
 United States Court of Appeals,
Third Circuit.
 Feb 22, 1995
 Appeal From: D.N.J., No. 87-01119
 
 1
 AFFIRMED.